UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L NASH,

          Plaintiff,

    v.

GARY E LUCAS,

          Defendant.

CASE NO. C14-5851 RBL-JRC

ORDER TO PROVIDE MORE INFORMATION

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

      Plaintiff filed a motion to proceed in forma pauperis (Dkt.1).  In his motion plaintiff alleges that he has zero funds in his bank account.  Plaintiff also states that he has no access to his account (Dkt. 1).  However, plaintiff does acknowledge that he receives a pension or payment of one thousand fifty four dollars (Dkt. 1).  It is not clear to the Court if this is a monthly payment or the amount that plaintiff receives annually (Dkt. 1).  In his complaint, plaintiff states that the Clark County Jail did not provide him with notary services so that he could give a friend

access to his bank account when he was arrested. Plaintiff alleges a denial of access to court based on notary services being unavailable.

The Court orders that plaintiff clarify how much money he has in his bank accounts. Plaintiff must also inform the Court whether his pension or annuities payment is monthly or yearly. The Court gives plaintiff until November 28, 2014 to provide this information.

Dated this 28th day of October, 2014.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE MORE INFORMATION - 2